IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL LAMAR HATCHER, | ) | |
| Reg. No. 12754-002, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CV-82-RAH |
| | ) | |
| JOSHUA PAUL JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On May 12, 2023, the Magistrate Judge entered a Recommendation (Doc. 7) that this case should be dismissed prior to service of process. Specifically, the Magistrate Judge recommended that Plaintiff Daniel Lamar Hatcher's *Bivens* action should be dismissed because Attorney Joshua Paul Jones is not a federal actor. On May 12, 2023, Plaintiff filed an Objection (Doc. 9), asserting his counsel's performance was constitutionally deficient. As discussed in the Recommendation, Attorney Jones is not a federal actor subject to *Bivens* liability, even if the claims are related to court-appointed representation. (Doc. 7 at 4, citing *Polk Cty. v. Dodson*, 454 U.S. 312, 325 (1981).)

Upon independent review of the record, the Recommendation, and the Plaintiff's Objection, it is

ORDERED as follows:

1. The Objection (Doc.9) is OVERRULED.

2. The Recommendation of the Magistrate Judge is ADOPTED.

3. This case is DISMISSED prior to service of process under the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) and § 1915A(b)(1).

DONE, on this the 16th day of May 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE